# EXHIBIT A

## Joseph Kar

| | |
|---|---|
| **From:** | Joseph Kar <jkar@mindspring.com> |
| **Sent:** | Friday, December 12, 2014 5:28 PM |
| **To:** | 'Leila Rossetti' |
| **Subject:** | RE: Leibman v. Prupes |
| **Attachments:** | STIP.EXTEND.12.12.2014.doc |

Please see attached updated stipulation to extend.

**Law Office of Joseph M. Kar, PC**
**15250 Ventura Blvd., Ste. 1220**
**Sherman Oaks, CA 91403**
**Tel: 818-501-6930**
**Fax: 818-501-6935**
**Linkedin: www.linkedin.com/pub/joseph-kar/47/a5/583/**

This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. This information is confidential information and is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on this communication is strictly prohibited. If you are not the intended recipient, please immediately delete this communication and destroy any copies and notify the sender by responsive e-mail or by telephone at (818) 501-6930.

---

**From:** Leila Rossetti [mailto:lmr@amclaw.com]
**Sent:** Friday, December 12, 2014 3:49 PM
**To:** Joseph Kar
**Subject:** RE: Leibman v. Prupes

Thanks, Joe. And thank you for your offer to grant defendant an extension of 15 days to respond to the complaint. I look forward to receiving the stipulation from you. If you would prefer, I'd be happy to prepare one and send it over; just let me know. In the meantime, can you please confirm our agreement re: a 15 day extension via response to this email? Much appreciated and have a good weekend.

Best,
Leila

---

**From:** Joseph Kar [mailto:jkar@mindspring.com]
**Sent:** Friday, December 12, 2014 11:28 AM
**To:** Leila Rossetti
**Subject:** RE: Leibman v. Prupes

Hi,

1

Received.

Law Office of Joseph M. Kar, PC
15250 Ventura Blvd., Ste. 1220
Sherman Oaks, CA 91403
Tel: 818-501-6930
Fax: 818-501-6935
Linkedin: www.linkedin.com/pub/joseph-kar/47/a5/583/

This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. This information is confidential information and is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on this communication is strictly prohibited. If you are not the intended recipient, please immediately delete this communication and destroy any copies and notify the sender by responsive e-mail or by telephone at (818) 501-6930.

**From:** Leila Rossetti [mailto:lmr@amclaw.com]
**Sent:** Friday, December 12, 2014 10:58 AM
**To:** jkar@mindspring.com
**Subject:** Leibman v. Prupes

Hi Joe, my information is below.

Leila Mobayen Rossetti
Anderson, McPharlin & Conners LLP
444 South Flower Street, 31st Floor
Los Angeles, CA 90071-2901

www.amclaw.com

Direct:        (213) 236-1642
Main Phone:    (213) 688-0080
Main Fax:      (213) 622-7594


**Please note our new LA office address as of January 20, 2015:**
**707 Wilshire Blvd., Ste. 4000**
**Los Angeles, CA 90017-3626**

Our phone, fax and e-mail remain the same.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message