Joseph M. Kar, Esq. (SBN 207414)
**LAW OFFICE OF JOSEPH M. KAR, PC**
15250 Ventura Blvd., Suite 1220
Sherman Oaks, CA 91403
Tel:   (818) 501-6930
Fax:   (818) 501-6935

Attorney for Plaintiff and Counter-Defendant, ALEXANDER LEIBMAN, an individual

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA - CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| ALEXANDER LEIBMAN, an individual, | **Case No.: CV 14-9003-CAS (VBKx)** |
| Plaintiffs, | [Assigned for all purposes including trial to Hon. Christina A. Snyder in Room 5] |
| vs. | **NOTICE OF SETTLEMENT** |
| ALEXANDER "SASHA" PRUPES, AND DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND COUNTERCLAIM | [TRIAL DATE: JUNE 14, 2016] |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that **PLAINTIFF AND COUNTER-DEFENDANT**, ALEXANDER LEIBMAN (hereinafter, "Leibman"), and DEFENDANT and COUNTER-COMPLAINANT, ALEXANDER "SASHA" PRUPES (hereinafter, "Prupes") have resolved this respective claims and counterclaim and expect to dismiss the entire action and all counterclaims with prejudice, within 10 days hence or sooner.

Dated: October 26, 2015

Respectfully Submitted,
**LAW OFFICE OF JOSEPH M. KAR, PC**

By: _____
Joseph M. Kar
Attorney for Plaintiff and Counter-defendant,
ALEXANDER LEIBMAN

---

NOTICE OF SETTLEMENT - LEIBMAN - 1