ERIC A. SCHNEIDER (Bar No. 94574)
  eas@amclaw.com
LEILA M. ROSSETTI (Bar No. 247929)
  lmr@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant and Counterclaimant, ALEXANDER PRUPES

JOSEPH M. Kar (Bar No. 207414)
  jkar@civillegal.com
LAW OFFICE OF JOSEPH M. KAR, PC
15250 Ventura Blvd., Suite 1220
Sherman Oaks, California  91403
Tel: (818) 501-6930
Fax: (818) 501-6935

Attorneys for Plaintiff and Counter-defendant, ALEXANDER LEIBMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDER LIEBMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER "SASHA" PRUPES, AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV14-09003-CAS (VBKx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)**<br><br>Trial Date:   June 14, 2016 |

/ / /

/ / /

/ / /

/ / /

/ / /

1

JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)

1  **IT IS HEREBY STIPULATED** by and between the parties hereto that this
2  action, including both the lawsuit filed by Plaintiff and Counter-defendant
3  Alexander Leibman and the Counterclaim filed by Defendant and Counterclaimant
4  Alexander Prupes, may be dismissed with prejudice as to all parties and all causes of
5  action; each party to bear his/its own attorneys' fees and costs. This stipulation is
6  made as a result of settlement of this action.
7  **IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 26, 2015     LAW OFFICE OF JOSEPH M. KAR, PC

By: _____
Joseph M. Kar
Attorney for Plaintiff and Counter-defendant
ALEXANDER LEIBMAN

DATED: October 26, 2015     ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Eric A. Schneider
Leila M. Rossetti
Attorneys for Defendant anc Counter-
complainant, ALEXANDER PRUPES

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901

1373759.1 06038-001

2
JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)